MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   TARA SHAE STUART

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:03-cr-00171-16-JKS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The oral motion being tracked at docket 1232 to have the disposition hearing in this matter in Juneau, Alaska, and to combine it with the disposition hearing in Case No. 3:05-cr-00090-JWS is **GRANTED** as follows: Judge Sedwick will conduct a combined disposition hearing in Juneau, Alaska on April 17, 2007, at 9:30 AM. All other matters in this case remain assigned to the Honorable James K. Singleton.

DATE: April 4, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS: rmc
Deputy Clerk

[FORMS*IA*]