UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | SECOND AMENDED JUDGMENT IN A CRIMINAL CASE |
| v. | (For Revocation of Supervised Release) For Offenses Committed On or After November 1, 1987 |
| TARA SHAE STUART | (Original Judgment filed 6-9-2004) |
| | **Case Number: 3:03-cr-00171-16-JKS** |
| | Michael Dieni |
| | Defendant's Attorney |

Defendant's probation officer filed an Original and an Amended Supplemental Petition to revoke Supervised Release accusing defendant of _9_ violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 2,5,6 and 7 of the 3/21/2007 Amended Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 2 | Standard | Supervision 6- Def failed to notify regarding employment terminations. | 10-30-06 11-02-06 12-11-06 | C |
| 5 | Standard | Supervision 6- Def left residence 12-13-06 as of 1-3-07 Whereabouts unknown. | 12-13-06 | C |
| 6 | Standard | Supervision 9- Def was passenger in vehicle driven by Romona A. Wigg (felon). | 10-25-06 | C |
| 7 | Standard | Supervision 10- Def failed to permit PO to visit 2895 Mendenhall Loop #68 #68, Juneau, AK. | 03-08-07 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __3__ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

April 17, 2007
Date of Disposition Hearing

( Redacted Signature
Signature of Judicial Officer

JOHN W. SEDWICK, US DISTRICT JUDGE
Name & Title of Judicial Officer

April 26, 2007
Date

AO245.REV

Defendant: TARA SHAE STUART           Second Amended Judgment--Page 2 of 3
Case No.: 3:03-cr-00171-16-JKS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release [X]   probation []   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **\*3 months to be served consecutively to sentence of imprisonment imposed as to case 3:05-cr-00090-JWS.**

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
    [_] at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
    Deputy Marshal

AO245.REV

Defendant:TARA SHAE STUART        Second Amended Judgment--Page 3_ of 3_
Case No.: 3:03-cr-00171-16-JKS

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release [**X**] probation[] is modified as follows:

**NO TERM OF SUPERVISION TO FOLLOW**

The term of supervision is not [_] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV